**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20155-RAR(s)**

**UNITED STATES OF AMERICA**

**v.**

**ENRIQUE PEREZ-PARIS,**
**DIEGO SANUDO SANCHEZ CHOCRON, and**
**GREGORY CHARLES MILO CASKEY**
**OMAR PALACIOS, and**
**NADIR PEREZ,**

   **Defendants.**
_____/

**<u>GOVERNMENT'S EXHIBIT LIST</u>**

| | | | | | |
|---|---|---|---|---|---|
| Presiding Judge:<br>**The Honorable Roldofo A. Ruiz II** | | | | AUSA:<br>Reginald Cuyler Jr.<br>James V. Hayes<br>Matthew R. Belz | Defense Counsel:<br>David Markus<br>Lauren Krasnoff<br>Andrew Feldman<br>Marissel Descalzo |
| Courtroom Deputy:<br>Graciela Gomez-Cano | | | | Court Reporter:<br>Ilona Lupowitz | |
| GX | Date Identified | Date Admitted | Sponsoring Witness | Objection/ Stipulated Admissions | Description |
| 1 - Counts | | | | | |
| 2 | | | | | Count 2 - Composite Exhibit for E.P. |
| 3 | | | | | Count 3 - Composite Exhibit for E.P. |
| 4 | | | | | Count 4 – Composite Exhibit for E.P. |
| 5 | | | | | Count 5 - Composite Exhibit for E.A. |
| 6 | | | | | Count 6 - Composite Exhibit for E.A. |
| 7 | | | | | Count 7 - Composite Exhibit for E.A. |
| 9 | | | | | Count 9 - Payment from Innovative Genomics to Tree Medical |
| 10 – Financial Summaries | | | | | |
| 10 | | | | | *Intentionally Blank* |

| 11 | | | | | Accounts Reviewed |
| 12 | | | | | Transfers from Genetic Testing Laboratories to HCC Management Account at Regions x0104 |
| 13 | | | | | Transfers from HCC Management Account at Regions x0104 to Perez-Paris, Caskey, Palacios, and Fallings |
| 14 | | | | | Personalized Genetics Transfers from Reddy to Caskey Account 3 at Wells Fargo x6077 |
| 15 | | | | | IGX Claims Submitted for COVID-19 and Genetic Testing According to IGX's Financial Reports |
| 16 | | | | | IGX Claims Submitted for Genetic Testing According to IGX's Financial Reports |
| 17 | | | | | Claims Submitted by Test According to IGX's Financial Reports |
| 18 | | | | | Total Amounts Paid to IGX Account 3 and IGX Account 4 From November 2019 to June 2023 |
| 19 | | | | | Deposit Account Control Agreement Transfers Between Alleon Capital Partners and IGX |
| 20 | | | | | Top 10 Payments to Alleon Capital from IGX Account 3 at Simmons x7610 |
| 21 | | | | | *Intentionally Blank* |
| 22 | | | | | IGX Transfers to Sanchez Account at Wells Fargo x7687 |
| 23 | | | | | Sanchez Escrow Payment for 865 Flower Avenue Los Angeles, CA |
| 24 | | | | | IGX Transfers to Caskey Account 1 at Frost Bank x4099 |
| 25 | | | | | IGX Transfers to Caskey Account 1 at Frost Bank x4099 After 01/01/2022 |
| 26 | | | | | Transfers from Caskey Account 1 at Frost Bank x4099 to Caskey Account 2 at Frost Bank x2280 |
| 27 | | | | | Transfers from Caskey Account 2 at Frost Bank x2280 to NMI Accounts |
| 28 | | | | | Transfers from NMI I Account and NMI IV Account to Alexander Roka, M.D. |
| 29 | | | | | Transfers from NMI XVII Account at Frost Bank x0660 to Lloyd Van Winkle, M.D. |
| 30 | | | | | Transfers from NMI XXVI Account at Frost Bank x0860 to Naumit Bhandari, M.D. |
| 31 | | | | | IGX Paid Amounts to Tree Medical Solutions, LLC at JPMC x8011 |
| 32 | | | | | Activity in Tree Medical and Palacios Accounts |

| 100 – Data Summaries | | | | | |
|---|---|---|---|---|---|
| 100 | | | | | Data Summary Part B |
| 101 | | | | | Data Summary Part B Bene Residence |
| 102 | | | | | Data Summary Part B Count 2 |
| 103 | | | | | Data Summary Part B Count 3 |
| 104 | | | | | Data Summary Part B Count 4 |
| 105 | | | | | Data Summary Part B Count 5 |
| 106 | | | | | Data Summary Part B Count 6 |
| 107 | | | | | Data Summary Part B Count 7 |
| 108 | | | | | Data Summary Part B COVID Arellano Bene Residence |
| 109 | | | | | Data Summary Part B COVID Bene JL 3 |
| 110 | | | | | Data Summary Part B COVID Bene RP 3 |
| 111 | | | | | Data Summary Part B COVID Ordering Top 5 Arellano |
| 112 | | | | | Data Summary Part B Deceased |
| 113 | | | | | Data Summary Part B GTX Ordering Top 5 ALL List |
| 114 | | | | | Data Summary Part B GTX Ordering Top 5 ALL |
| 115 | | | | | Data Summary Part B GTX Ordering Top 5 Bhandari Timeline |
| 116 | | | | | Data Summary Part B GTX Ordering Top 5 Nguyen Timeline |
| 117 | | | | | *Intentionally Blank* |
| 118 | | | | | Data Summary Part B GTX Ordering Top 5 Vanwinkle Timeline |
| 119 | | | | | Data Summary Part B GTX Tier 2 |
| 120 | | | | | *Intentionally Blank* |
| 121 | | | | | Data Summary Part B Reference Lab |
| 122 | | | | | *Intentionally Blank* |
| 123 | | | | | Data Summary Part B Timeline |
| 124 | | | | | IGX Claims Submitted to Blue Cross Blue Shield |
| 125 | | | | | IGX Claims Submitted to Blue Cross Blue Shield for Steven Steele |
| 126 | | | | | IGX Claims Submitted to Blue Cross Blue Shield for Michael Dorrell |
| 127 | | | | | IGX Claims Submitted to Blue Cross Blue Shield for Natasha Dorrell |
| 128 | | | | | *Intentionally Blank* |
| 129 | | | | | IGX Claims Submitted to Blue Cross Blue shield Tier 2 Codes |

| 130-32 | | | | | *Intentionally Blank* |
|---|---|---|---|---|---|
| 133 | | | | | IGX Claims Submitted to Humana Tier 2 Codes |
| 134 | | | | | IGX Claims Submitted to United Healthcare for COVID-19 and Genetic Testing |
| 135 | | | | | *Intentionally Blank* |
| 136 | | | | | *Intentionally Blank* |
| 137 | | | | | IGX Claims Submitted to United Healthcare Medicare for Tier 2 Genetic Testing Codes |
| 138-41 | | | | | *Intentionally Blank* |
| 142 | | | | | Number of Pharmozyme Tests Administered to IGX Patients |
| 143 | | | | | Select COVID 19 PCR Test Results w 3 or more days |
| 144 | | | | | *Intentionally Blank* |
| 145 | | | | | IGX's Claims Submitted to the HRSA COVID-19 Uninsured Program |
| 146 | | | | | IGX's Billing Trend for HRSA |
| 147 | | | | | *Intentionally Blank* |
| 148 | | | | | *Intentionally Blank* |
| 149 | | | | | Amounts HRSA Paid to IGX For Claims Referred by Select Providers |
| 150 | | | | | Top 20 DOS for Referred Claims |
| 151 | | | | | *Intentionally Blank* |
| 152 | | | | | Claims for Select Patients that IGX Submitted for Reimbursement to HRSA |
| 153 | | | | | Claims for J.A. that IGX Submitted for Reimbursement to the HRSA |
| 154 | | | | | Claims for L.B. that IGX Submitted for Reimbursement to the HRSA COVID-19 Uninsured Program |
| 155 | | | | | P. Family Claims IGX Submitted to HRSA |
| 156 | | | | | IGX PCR Test Purchases |
| 157 | | | | | S. Arellano Referred Covid Claims to HRSA by Month |
| 200 – Claims, Enrollment, UPIC | | | | | |
| 200 | | | | | Innovative Genomics, LLC Medicare Enrollment Application |
| 200A | | | | | Innovative Genomics, LLC Medicare Enrollment Application (2020) |
| 201 | | | | | *Intentionally Blank* |
| 202 | | | | | 42 CFR § 410.32 (Effective 2020.10.01) |
| 203-09 | | | | | *Intentionally Blank* |

| | | | | | |
|---|---|---|---|---|---|
| 210 | | | | | Innovative Genomics Recoup Recommendation (2019.12.16) |
| 211 | | | | | *Intentionally Blank* |
| 212 | | | | | *Intentionally Blank* |
| 213 | | | | | Innovative Genomics, LLC - Provider Education |
| 214 | | | | | Innovative Genomics, LLC - Medicare Part B Billing (2017-2024) |
| 215 | | | | | Innovative Genomics, LLC - Medicare Part B Referring (2017-2024) |
| 216 | | | | | Innovative Genomics, LLC - Medicare Part B Rendering (2017-2024) |
| 217-30 | | | | | *Intentionally Blank* |
| 231 | | | | | HRSA COVID Uninsured Program Terms and Conditions |
| 232 | | | | | *Intentionally Blank* |
| 233 | | | | | *Intentionally Blank* |
| 234 | | | | | Summary of HRSA Insurance Payments to Innovative Genomics |
| 235 | | | | | Innovative Genomics HRSA Uninsured Data (2020-2022) |
| 236-56 | | | | | *Intentionally Blank* |
| 257 | | | | | Humana Medical Coverage Policy for SARS-Cov-2 Testing (2022.01.15) |
| 258-65 | | | | | *Intentionally Blank* |
| 266 | | | | | Innovative Genomics Patient Roster Attestations |
| 267 | | | | | Innovative Genomics Provider Roster Attestations |
| 268 | | | | | Innovative Genomics TIN Administrator Attestation |
| 269 | | | | | Arellano Medical Clinic - Medicare Part B (2019.01.01 - 2024.12.26) |
| 270 | | | | | Family Medical Associates - Medicare Part B (2019.01.01 - 2024.12.26) |
| 271 | | | | | Javier Murillo - Medicare Part B Data (2019.01.01 - 2024.12.26) |
| 272 | | | | | Alexander Roka - Medicare Part B (2018.01.01 - 2024.07.24) |
| 273 | | | | | Lloyd Vanwinkle - Medicare Part B (2018.01.01 - 2024.07.24) |
| 274 | | | | | Naumit Bhandari - Medicare Part B (2018.01.01 - 2024.07.24) |
| 275 | | | | | Mary Nguyen - Medicare Part B (2018.01.01 - 2024.07.24) |

| | | | | | |
|---|---|---|---|---|---|
| 276 | | | | | Salvador Arellano - Medicare Part B (2018.01.01 - 2024.07.24) |
| 277 | | | | | Innovative Genomics LLC - Cigna East Data (2020 - 2023) |
| 278 | | | | | Innovative Genomics LLC - Cigna West Data (2020 - 2023) |
| 279 | | | | | Innovative Genomics LLC - Cigna HealthSprings Data (2020 - 2023) |
| 280 | | | | | Innovative Genomics Blue Cross of Texas Ancillary Provider Agreement |
| 281 | | | | | Innovative Genomics LLC - BCBSClaims Data (2020 - 2022) |
| 282 | | | | | Innovative Genomics, LLC - Humana Claims Data (2020 - 2023) |
| 283 | | | | | United Healthcare Covid Coverage Information |
| 284 | | | | | Innovative Genomics LLC - United Claims Data (2020 - 2023) |
| 285 | | | | | Innovative Genomics LLC - M&R Claims Data (2020 - 2023) |
| 286 | | | | | HHS Interim Final Rule Summary (2020.09.02) |
| 287 | | | | | Families First Coronavirus Response Act (2020.03.18) |
| 288 | | | | | Cares Act (2020.03.27) |
| 289 | | | | | Medicare Part B COVID-19 Test Coverage |
| 290 | | | | | 42 C.F.R. § 411.15 |
| 291 | | | | | 42 U.S.C.§ 1395y |
| 292 | | | | | Excerpts from Medicare Claims Processing Manual, Chp. 30 § 50 Advance Beneficiary Notice of Non-coverage |
| 293 | | | | | Reasonable Necessary Guidelines (Novitas) |
| 294 | | | | | Interim guidance for collection specimen |
| 295 | | | | | HRSA Patient Roster Attestation (2020.04 - 2021.06) |
| 296 | | | | | HRSA Patient Roster Attestation (2021.12 - 2022.03) |
| 297 | | | | | HRSA Program Administrator Attestation |
| 298 | | | | | HRSA - What Services are Eligible for Reimbursement |
| 299 | | | | | BCBS COVID-19 Coverage |
| 300-Financial Records | | | | | |
| 300 | | | | | HCC Management Group LLC, Regions Bank Account x0104 |

| | | | | |
|---|---|---|---|---|
| 301A | | | | Innovative Genomics, LLC, Simmons Bank Account x7610 |
| 301B | | | | Innovative Genomics, LLC, Simmons Bank Accounts x7645 |
| 301C | | | | Innovative Genomics, LLC, Simmons Bank Accounts x7653 |
| 301D | | | | *Intentionally Blank* |
| 302 | | | | *Intentionally Blank* |
| 303A | | | | Innovative Genomics LLC, Simmons Bank, Accounts x7610 |
| 303B | | | | Innovative Genomics LLC, Simmons Bank, Accounts x7645 |
| 303C | | | | Innovative Genomics LLC, Simmons Bank, Accounts x7653 |
| 304 | | | | Innovative Genomics LLC, Bank of America, Account x7455 |
| 305 | | | | *Intentionally Blank* |
| 306 | | | | *Intentionally Blank* |
| 307 | | | | Innovative LLC, BBVA Compass-PNC Bank, Account x3283 |
| 308 | | | | Tree Medical Solutions LLC, JP Morgan Chase Bank, Account x8011 |
| 308A | | | | Tree Medical Solutions LLC JPMC x8011 |
| 309 | | | | Intentionally Blank |
| 310 | | | | Alleon Capital Partners LLC, Signature Bank, Account x3945 |
| 311 | | | | Ven Vamos Strategies LLC, JP Morgan Chase Bank, Account x9751 |
| 312 | | | | NMI I LLC, Frost Bank, Account x9078 |
| 313 | | | | NMI XXXVI LLC, Frost Bank, Account x9582 |
| 314 | | | | NMI XVII LLC, Frost Bank, Account x0660 |
| 315 | | | | Numedica Innovations LLC, Frost Bank, Account x2280 |
| 316 | | | | Gregory Milo Charles Caskey, Frost Bank, Account x4099 |
| 317 | | | | Enrique Perez-Paris, E-Trade Bank, Account x653 |
| 318 | | | | Tree Medical Solutions - Profit and Loss Data |
| 319 | | | | Ven Vamos Strategies - Profit and Loss Data |
| 320 | | | | Innovative Genomics Sales Reports (2023) |
| 321 | | | | Innovative Genomics Sales Reports (2019 - 2022) |
| 322 | | | | Gregory Milo Charles Caskey, Bank of America, Account x6077 |

| | | | | | |
|---|---|---|---|---|---|
| 323 | | | | | NMI XVII LLC, Frost Bank, Account x0687 |
| 324 | | | | | NMI XVII LLC, Frost Bank, Account x0695 |
| 325 | | | | | NMI XXVI LLC, Frost Bank, Account x0860 |
| 326 | | | | | Intentionally Blank |
| 327 | | | | | *Intentionally Blank* |
| 328 | | | | | Closing Documents for 969 Banyan Beach Drive |
| 329 | | | | | Intentionally Blank |
| 330 | | | | | Omar Palacios, JP Morgan Case Bank, Account x6579 |
| 331 | | | | | Sanchez's account at Wells Fargo ending in x7687 |
| 332 | | | | | NMI Account IV at Frost Bank x9108 |
| 400s – Patient Records, Data & Billing | | | | | |
| 400 | | | | | Innovative Genomics LIMS Orders (2019.12 - 2023.03) |
| 401 | | | | | Innovative Genomics LIMS Orders (2023.03 - 2024.04) |
| 402 | | | | | *Intentionally Blank* |
| 403 | | | | | Innovative Genomics LIMS Results (2023.03 - 2024.04) |
| 404 | | | | | Innovative Genomics LIMS Results_00 |
| 405 | | | | | Innovative Genomics LIMS Results_01 |
| 406 | | | | | Innovative Genomics LIMS Results_02 |
| 407 | | | | | Innovative Genomics LIMS Results_03 |
| 408 | | | | | Innovative Genomics LIMS Results_04 |
| 409 | | | | | Innovative Genomics LIMS Results_05 |
| 410-12 | | | | | *Intentionally Blank* |
| 413 | | | | | Composite COVID-19 Requisition Forms |
| 413A | | | | | Composite COVID-19 Requisition Forms (Dr. Casanova) |
| 413B | | | | | Composite COVID-19 Requisition Forms (Dr. Herman) |
| 413C | | | | | Composite COVID-19 Requisition Forms (Salvador Arellano) |
| 414 | | | | | Composite COVID-19 Results |
| 415 | | | | | *Intentionally Blank* |
| 416 | | | | | *Intentionally Blank* |
| 417 | | | | | LIMS Field Descriptions |
| 418-22 | | | | | *Intentionally Blank* |
| 423 | | | | | Patient M.P. Medical Records |
| 424 | | | | | *Intentionally Blank* |

| | | | | | |
|---|---|---|---|---|---|
| 425 | | | | | Patient H.D. Medical Records |
| 426 | | | | | *Intentionally Blank* |
| 427 | | | | | Patient D.C. Medical Records |
| 428 | | | | | Patient E.L. Medical Records |
| 429 | | | | | *Intentionally Blank* |
| 430 | | | | | *Intentionally Blank* |
| 431 | | | | | Patient J.H. Medical Records |
| 432 | | | | | Patient B.B. Medical Records |
| 433 | | | | | *Intentionally Blank* |
| 434 | | | | | Patient H.H. Medical Records |
| 435-37 | | | | | *Intentionally Blank* |
| 438 | | | | | Patient D.M. Medical Records |
| 439-49 | | | | | *Intentionally Blank* |
| 450 | | | | | Patient C.H. Medical Records (2) |
| 450A | | | | | Patient C.H. Medical Records |
| 451 | | | | | Patient C.H. Medical Records |
| 452 | | | | | Patient C.K. Medical Records (2) |
| 453 | | | | | Patient C.K. Medical Records |
| 454-64 | | | | | *Intentionally Blank* |
| 465 | | | | | Patient S.B. Medical Records |
| 465A | | | | | Patient S.B. Medical Records |
| 466-69 | | | | | *Intentionally Blank* |
| 470 | | | | | Patient D.A. Medical Records |
| 471 | | | | | Patient D.A. (Nguyen Requisition Form) |
| 472-80 | | | | | *Intentionally Blank* |
| 482 | | | | | Patient J.W. Medical Records (2) |
| 483 | | | | | Patient J.W. Medical Records |
| 484 | | | | | Patient L.B. Medical Records |
| 484A | | | | | Patient L.B. Medical Records |
| 485 | | | | | *Intentionally Blank* |
| 486 | | | | | *Intentionally Blank* |
| 487 | | | | | Patient T.K. Medical Records |
| 488-95 | | | | | *Intentionally Blank* |
| 496 | | | | | Patient A.B. Medical Records |
| 496A | | | | | Patient M.D. Medical Records |
| 496B | | | | | Patient N.D. Medical Records |
| 496C | | | | | Patient J.L. Medical Records |
| 496D | | | | | Patient R.P. Medical Records |
| 496E | | | | | Patient S.S. Medical Records |
| 500-Agency Records | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 500 | | | | | Innovative Genomics Petition for Bankruptcy (2023.08.28) |
| 501 | | | | | Innovative Genomics Declaration for Non-Individual Debtors (2023.09.18) |
| 502 | | | | | Florida Department of State Records for DSSC Investments LLC |
| 503 | | | | | Florida Department of State Records for Global Vision Medical LLC |
| 504 | | | | | Florida Department of State Records for HCC Management Group LLC |
| 505 | | | | | Florida Department of State Records for Innovative Genomics LLC |
| 506 | | | | | Florida Department of State Records for Preventive Health Partners LLC |
| 507 | | | | | Florida Department of State Records for Ven Vamos Strategies LLC |
| 508 | | | | | Florida Department of State Records for Tree Medical Solutions LLC Corp. |
| 509 | | | | | FDA EUA Declination Letter to Diego Sanchez (2020.10.13) |
| 510 | | | | | FDA EUA Declination Letter to Nader Nourizad (2021.06.08) |
| 511 | | | | | FDA EUA Declination Letter to Nader Nourizad (2022.08.12) |
| 512 | | | | | FL Driver and Vehicle Information for Rene Casanova |
| 600-Contracts, Inventory, and Invoices | | | | | |
| 600 | | | | | Composite of Pharmozyme Invoices to IGX |
| 601 | | | | | Specimen Collection Services Agreement Ven Vamos Strategies LLC and Innovative Genomics (2022.01.18) |
| 602 | | | | | Specimen Collection Services Agreement Tree Medical Solutions and Innovative Genomics (2021.12.15) |
| 603 | | | | | LIMSABC for Clinical Service Agreement with Innovative Genomics (2019.10.28) |
| 604 | | | | | Composite of Tree Medical Solutions Invoices |
| 605 | | | | | Composite of Ven Vamos Invoices |
| 606 | | | | | Contribution of Agreement in Exchange for Percent Interests in Innovative Genomics (2019.07.16) |
| 607 | | | | | Alleon Capital Revolving Loan Financing Agreement with Innovative Genomics (2021.02.11) |

| | | | | | |
|---|---|---|---|---|---|
| 608 | | | | | Composite of Thermofisher Invoices (2021.01.19) |
| 609 | | | | | Blank Specimen Collection Services Agreement Template |
| 610 | | | | | *Intentionally Blank* |
| 611 | | | | | Thermofisher Invoicing Data for Innovative Genomics |
| 700-Photographs | | | | | |
| 700 | | | | | Excerpts from Innovative Genomics' Website |
| 701 | | | | | Innovative Genomics PCR Testing Site Photo 1 (S.D. Fla) |
| 702 | | | | | Innovative Genomics PCR Testing Site Photo 2 (S.D. Fla) |
| 703 | | | | | *Intentionally Blank* |
| 704 | | | | | *Intentionally Blank* |
| 705 | | | | | Ven Vamos Website |
| 706 | | | | | Christian Balsera Headshot |
| 707 | | | | | Gregory Caskey Headshot |
| 708 | | | | | Salvador Arellano Jr Headshot |
| 709 | | | | | Matthew Herman Headshot |
| 710 | | | | | Nikita Hermesman Headshot |
| 711 | | | | | Marilian Banguela Headshot |
| 712 | | | | | Maggie Padron Headshot |
| 713 | | | | | Nadir Perez Headshot |
| 714 | | | | | Omar Palacios Headshot |
| 715 | | | | | Enrique Perez-Paris Headshot |
| 716 | | | | | Raul Martinez Headshot |
| 717 | | | | | Diego Sanchez Headshot |
| 718 | | | | | E.P. Headshot |
| 719 | | | | | E.A. Headshot |
| 720 | | | | | SW Photo of Pharmozyme One-Step RT qPCR Kit |
| 800 - Recordings | | | | | |
| 800 | | | | | external-client-portal |
| 800A | | | | | external-client-portal captioned |
| 800B | | | | | external-client-portal (Transcript) |
| 801 | | | | | Adding a patient to create a Covid-19 test order - when pt portal was not used for pt information |
| 801A | | | | | Adding a patient to create a Covid-19 test order - when pt portal was not used for pt information captioned |

| | | | | | |
|---|---|---|---|---|---|
| 801B | | | | | Adding a patient  to create a Covid-19 test order - when pt portal was not used for pt information (Transcript) |
| 802 | | | | | Creating a Covid test order for patients who register on the portal |
| 802A | | | | | Creating a Covid test order for patients who register on the portal captioned |
| 802B | | | | | Creating a Covid test order for patients who register on the portal (Transcript) |
| 803 | | | | | GoToAssist |
| 803A | | | | | GoToAssist captioned |
| 803B | | | | | GoToAssist (Transcript) |
| 804 | | | | | *Intentionally Blank* |
| 805 | | | | | innovativegx-innovativegx(External) Client Portal |
| 805A | | | | | innovativegx-innovativegx(External) Client Portal captioned |
| 805B | | | | | innovativegx-innovativegx(External) Client Portal (Transcript) |
| 806 | | | | | Patient Registration Portal - LIMSABC when you need results |
| 806A | | | | | Patient Registration Portal - LIMSABC when you need results captioned |
| 806B | | | | | Patient Registration Portal - LIMSABC when you need results (Transcript) |
| 807 | | | | | Retrieving Final Test Results |
| 807A | | | | | Retrieving Final Test Results captioned |
| 807B | | | | | Retrieving Final Test Results (Transcript) |
| 808 | | | | | It's All Public_ DOJ Sees Billion Dollars of Genetic Test Fraud; CMS Shows You Exactly Where and How |
| 808A | | | | | It's All Public_ DOJ Sees Billion Dollars of Genetic Test Fraud; CMS Shows You Exactly Where and How captioned |
| 808B | | | | | It's All Public_ DOJ Sees Billion Dollars of Genetic Test Fraud; CMS Shows You Exactly Where and How captioned (Transcript) |
| | | | | 900 - Toll Records | |
| 900A | | | | | Composite of Toll Records for Defendant Caskey |
| 900B | | | | | Composite of Toll Records for Defendant Hermesman |

| | | | | | |
|---|---|---|---|---|---|
| 901 | | | | | Composite of Defendant Perez-Paris' Toll Records |
| 902 | | | | | Composite of Defendant Sanchez's Toll Records |
| 1000-Documents and Communications | | | | | |
| 1000 | | | | | *Intentionally Blank* |
| 1001 | | | | | Reasons to Use Innovative Genomics Flyer |
| 1002 | | | | | Innovative Genomics COVID-19 Testing Flyer |
| 1003 | | | | | Innovative Genomics Do's and Don'ts for Compensation |
| 1004 | | | | | Innovative Genomics Compliance Risks and Guidance for Specimen Collectors |
| 1005 | | | | | Innovative Genomics Billing Slack Channel Excerpt |
| 1006 | | | | | Innovative Genomics Ownership Channel Excerpt |
| 1007 | | | | | Slack Messages from Seth Townson to Daryle Fallings Regarding Harbor Island Medical Clinic |
| 1008 | | | | | Message from Seth Townson to Daryle Fallings regarding Harbor Island Medical Clinic |
| 1009 | | | | | Slack Message Thread among Shane Wurzbach, Nikita Hermesman, Enrique Perez-Paris, and Daryle Fallings |
| 1010 | | | | | Slack Message Thread among Nikita Hermesman, and Enrique Perez-Paris |
| 1011 | | | | | Slack Message Thread among Enrique Perez-Paris, Daryle Fallings, and John Blanchard |
| 1012 | | | | | Slack Message Thread among Enrique Perez-Paris, Daryle Fallings, and Nikita Hermesman |
| 1013 | | | | | Remedial Plan for Salvador Arellano - 2014.08.01 |
| 1014 | | | | | S. Arellano Blanket Order |
| 1015 | | | | | J. Murrillo Blanket Order |
| 1016 | | | | | J. Murrillo's Termination Letter to S. Arellano |
| 1017 | | | | | Text thread between Nikita Hermesman and Ruben Guerrero |
| 1018 | | | | | DOJ charging 18 people -- including doctors -- in massive Covid health-care fraud takedowns |
| 1019 | | | | | Intentionally Blank |
| 1020 | | | | | 2022.02.03 Email from Sally Camacho to Tammy Venus Subject: Re Potential Fraud |
| 1021-24 | | | | | *Intentionally Blank* |

| | | | | | |
|---|---|---|---|---|---|
| 1025 | | | | | 2021.11.01 Email from Ruben Guerrero to Enrique Perez-Paris, Diego Sanchez, and Nikita Hermaesman Subject: Dr. Pesano's Official Recommendation . . . Entering the COVID Ab arena and COVID testing in general |
| 1026-29 | | | | | *Intentionally Blank* |
| 1030 | | | | | 2021.02.04 Email from Mohammad Yaha Rouhani to Diego Sanchez Subject: Re: Pharmozyme Cov-19 RT-qPCR Kit Quote for Innovativegx |
| 1031 | | | | | 2021.02.04 Attachment for Pharmozyme email communications regarding RT-qPCR kit |
| 1032 | | | | | 2020.10.14 Email from Diego Sanchez to Steven Howard, Cynthe Simms, and Milo Caskey - Subject: Fwd: Review Complete - EUA202534 |
| 1033 | | | | | *Intentionally Blank* |
| 1034 | | | | | *Intentionally Blank* |
| 1035 | | | | | 2022.03.29 Email from Brian Lowe to Pejman Rahimian - Subject: Re: CPT2200489 Innovative Gx |
| 1036 | | | | | 2021.09.15 Email from Mark Aston to Billing Questions (Slack) - Subject 16:01:16 UTC: Mark Aston@Slack -> [billing-questions@Slack] |
| 1037 | | | | | *Intentionally Blank* |
| 1038 | | | | | *Intentionally Blank* |
| 1039 | | | | | Innovative Gx Patient Registration Disclaimer |
| 1040 | | | | | *Intentionally Blank* |
| 1041 | | | | | *Intentionally Blank* |
| 1042 | | | | | 2022.01.18 Email from Diego Sanchez to Enrique Perez-Paris and Nikita Hermesman - Subject: HRSA Guidelines on Patient Eligibility Verification for Uninsured Benefits |
| 1043 | | | | | 2021.12.13 Email from Brett Walker to Innovative Genomics, Diego Sanchez, Nikita Hermesman, Ryan Corker, Parthiban Muthiah SubjectL FW: Effective LCD & LCA for Pharmacogenomics Testing | Novitas |
| 1044 | | | | | 2021.12.13 Email Attachment - LCD - Pharmacogenomics Testing (L39063) |
| 1045 | | | | | 2021.12.13 Email Attachment - Article - Billing and Coding: Pharmacogenomics Testing (A58801) |

14

| | | | | | |
|---|---|---|---|---|---|
| 1046 | | | | | *Intentionally Blank* |
| 1047 | | | | | 2021.10.22 Email from Imal Chathuka to Diego Sanchez, Christina Pruneda, Enrique Perez-Paris, Nikita Hermesman, Milo Caskey, Andrea Messina - Subject: Payer Guidelines on COVID 19 Surveillance Testing & Return to Work Testing |
| 1048 | | | | | 2021.06.28 Email from Christina Pruneda to Diego Sanchez - Subject: Re: NGS BILLING UPDATE |
| 1049 | | | | | *Intentionally Blank* |
| 1050 | | | | | *Intentionally Blank* |
| 1051 | | | | | 2021.07.30 Email from Milo Caskey to Diego Sanchez - Subject: RE: Notice of Distribution |
| 1052-55 | | | | | *Intentionally Blank* |
| 1056 | | | | | 2021.01.30 Email from Diego Sanchez to Milo Caskey, Enrique Perez-Paris, Nikita Hermesman - Subject: FWD: Latest Update on Novitas Reimbursements on Genetic Testing |
| 1057 | | | | | 2021.01.30 - Attachment to Email Subject: FWD: Latest Update on Novitas Reimbursements on Genetic Testing |
| 1058 | | | | | 2021.05.26 Email from Wayne Rodriquez to Diego Sanchez - Subject: RE: CGX |
| 1059 | | | | | *Intentionally Blank* |
| 1060 | | | | | 2022.06.20 Email from Ruben Guerrero to Enrique Perez-Paris - Subject: PGx Audit Report and PGx Onboarding New Compliance Policies |
| 1061 | | | | | 2022.06.20 Email Attachment - Audit Report and Plan for Compliance |
| 1062 | | | | | 2022.04.21 Email from Tammy Venus to Nikita Hermesman - Subject: FW: OIG Participates in the 2022 National COVID-19 Health Care Fraud Enforcement Action |
| 1063 | | | | | 2022.03.25 Email from Shane Wurzbach to Nikita Hermesman, Diego Sanchez, Enrique Perez-Paris et al. - Subject: Invitation Slack Clean Up Call @ Tue Mar 29, 2022 10am - 11am (CDT) |
| 1064 | | | | | 2022.03.25 Email from Imal Chathuka to Chris Pruneda - Subject: Updated Billing Protocol for Covid+RPP |

| | | | | | |
|---|---|---|---|---|---|
| 1065 | | | | | 2020.10.30 Email from Perez-Paris to Raul Martinez - Subject Re Update - keep momentum |
| 1066 | | | | | 2020.09.17 Email from Kristie Jacobs to Milo Caskey, Enrique Perez-Paris, Nikita Hermesman, Diego Sanchez - Subject: IG PGx |
| 1067 | | | | | 2019.12.03 Email from Enrique Perez-Paris to Milo Caskey - Subject: Coding for PGx |
| 1068 | | | | | 2019.12.03 Email Attachment - List of PGX/CGX Codes |
| 1069 | | | | | *Intentionally Blank* |
| 1070 | | | | | 2020.10.26 Email from Nikita Hermesman to Innovative Genomics - Subject: Compliance Alert - Covid 19 |
| 1071 | | | | | 2019.07.02 - Hermesman, Sanchez, Perez-Paris, Caskey Thread |
| 1072 | | | | | *Intentionally Blank* |
| 1073 | | | | | *Intentionally Blank* |
| 1074 | | | | | 2022.10.08 Email from Enrique Perez-Paris to Jessica Minor, Christina Pruneda - Subject: Re: COVID test results still not received |
| 1075 | | | | | 2022.01.08 - A.M. - Innovative Gx Lab Test Results |
| 1076 | | | | | 2022.01.08 - F.M. - Innovative Gx Lab Test Results |
| 1077 | | | | | 2022.01.08 - J.M. - Innovative Gx Lab Test Results |
| 1078 | | | | | 2022.01.17 Slack Message from Enrique Perez-Paris - A lot of angry patients from their samples not being collected properly |
| 1079 | | | | | 2021.12.27 Email from Christina Pruneda to Enrique Perez-Paris - Subject: Re: Pcr test result never received |
| 1080 | | | | | Nikita Hermesman, Enrique Perez-Paris, Gregory Caskey Thread |
| 1081 | | | | | 2019.11.26 DOJ Western District of Pennsylvania Press Release - Pittsburgh-area Lab Owner Charged with Paying Kickbacks in Connection with Almost $130 Millions in Medicare Claims for Genetic Testing |
| 1082 | | | | | 2018.09.12 DOJ District of Maryland Press Release - CEO of Lab Testing Company Marketing Representative Sentenced to Federal Prison in Pain Management Clinic Kickback Scheme |

| 1083 | | | | | Intentionally Blank |
|------|--|--|--|--|---------------------|
| 1084 | | | | | Slack message from Enrique Perez Paris Re: OTC COVID Complaint |
| 1085 | | | | | 2021.12.25 Email from Enrique Perez-Paris to A.S. - Subject: Re: Patient registration confirmation |
| 1086 | | | | | 2022.02.19 Email from Enrique Perez-Paris to J.H. - Subject Re: Stolen identity |
| 1087 | | | | | 2022.02.09 Email from Enrique Perez-Paris - Subject Re: Test Results Notification |
| 1088 | | | | | 2022.02.08 - D.W. - Innovative Gx Lab Test Results |
| | | | | | *Intentionally Blank* |
| 1090 | | | | | 2021.11.06 Email from Mohammad Rouhani to Diego Sanchez - EUA Status |
| 1091 | | | | | 2021.03.10 Email from Nader Nourizad to Diego Sanchez - Subject: Covid Kit |
| 1092 | | | | | 2022.01.27 Slack Message from Diego Sanchez - We got awarded testing for the State of Kentucky |
| 1093 | | | | | 2022.02.07 Slack Message from Diego Sanchez to Tech Support - This patient received a report from a test he preformed a month ago |
| 1094 | | | | | 2021.12.21- Nikita Hermesman and Diego Sanchez Text Thread - I don't see it or have it |
| 1095 | | | | | 2021.07.21 Lab Alert: Changes to CDC RT-PCR for SARS-CoV-2 Testing |
| 1096 | | | | | Hermesman, Sanchez, Perez-Paris, Palacios Text Thread Attach |
| 1097 | | | | | Hermesman, Sanchez, Perez-Paris, Palacios Text Thread |
| 1098 | | | | | Slack Message from Diego Sanchez re Pharmozyme Not EUA |
| 1099 | | | | | Nikita Hermesman and Diego Sanchez Text Thread |
| 1100 | | | | | 2021.07.28 Hermesman Sanchez Thread (attachment to Ex. 1099 thread) |
| 1101 | | | | | 2021.07.28 Hermesman Sanchez Thread (attachment to Ex. 1099 thread) |
| 1102 | | | | | *Intentionally Blank* |
| 1103 | | | | | Ravitej Reddy, Gregory Caskey, Enrique Perez-Paris et al., Text Thread |
| 1104 | | | | | Referrals from Gregory Caskey and Alexander Roka to Ravitej Reddy |
| 1105 | | | | | *Intentionally Blank* |

| | | | | | |
|---|---|---|---|---|---|
| 1106 | | | | | Innovative Genomics Ownership Channel Excerpt |
| 1107 | | | | | 2018.10.10 Email from Kelly Mazur to Hadley, Georgene Barnes, Chris Calvetti, Ravi Reddy - Subject: Fwd: Numedica Registration |
| 1108 | | | | | PGL Laboratories New Account Registration Alexander Roka, MD |
| 1109 | | | | | PGL Laboratories New Account Registration Leticia Cerda, MD |
| 1110 | | | | | 2019.06.21 Email form Kelly Mazur to Ravitej Reddy - Subject: Fwd: Bank account info if you can transfer if not sending you his address as well |
| 1111 | | | | | 2019.01.24 Email from Kelly Mazur to Chris Calvetti, Milo Caskey, Ravitej Reddy - Subject: Re: PGX Portal |
| 1112 | | | | | 2020.11.26 Email from Milo Caskey to Nikita Hermesman - Subject: Fwd: Admera Health Announcement |
| 1113 | | | | | 2021.11.09 Email From Milo Caskey to Nikita Hermesman, Diego Sanchez - Subject: Fwd: CMS medical records request |
| 1114 | | | | | 2021.11.09 Email From Milo Caskey to Nikita Hermesman, Diego Sanchez - Attachment 1 |
| 1115 | | | | | 2021.11.09 Email From Milo Caskey to Nikita Hermesman, Diego Sanchez - Attachment 2 |
| 1116 | | | | | 2021.11.09 Email From Milo Caskey to Nikita Hermesman, Diego Sanchez - Attachment 3 |
| 1117 | | | | | 2021.05.17 Email from Janice Alexander to Milo Caskey, Nikita Hermesman, Shane Wurzbach - Subject: Basic training videos for MC's |
| 1118 | | | | | *Intentionally Blank* |
| 1119 | | | | | *Intentionally Blank* |
| 1120 | | | | | 2021.04.05 Nikita Hermesman and Milo Caskey Text Thread - We need to start |
| 1121 | | | | | *Intentionally Blank* |
| 1122 | | | | | Omar Palacios and Marilian Banguela Text Thread |
| 1123 | | | | | *Intentionally Blank* |
| 1124 | | | | | 2021.11.30 Email from Omar Palacios to Nikita Hermesman - Subject Re: Marketing & Info (Michael) Lab |
| 1125 | | | | | *Intentionally Blank* |

| | | | | | |
|---|---|---|---|---|---|
| 1126 | | | | | 2022.01.19 Email from Omar Palacios to Diego Sanchez - Subject: Re: List of Sites in need of Provider |
| 1127 | | | | | *Intentionally Blank* |
| 1128 | | | | | 2021.11.09 Email from Omar Palacios to Nikita Hermesman, Diego Sanchez, Enrique Perez-Paris - Subject: Genetic Volume 2021 |
| 1129 | | | | | 2021.11.09 Email from Omar Palacios to Nikita Hermesman, Enrique Perez-Paris, Diego Sanchez - Subject: Fwd: Genetic Report 2020 |
| 1130 | | | | | *Intentionally Blank* |
| 1131 | | | | | *Intentionally Blank* |
| 1132 | | | | | St. Vincent De Raul Mother of Christ New Account Form |
| 1133 | | | | | 2021.09.17 Email from Omar Palacios to Leanne LeFebvre - Subject Re New Account |
| 1134 | | | | | 2021.09.17 Email from Omar Palacios to IGX - Subject New Account |
| 1135 | | | | | 2021.09.17 Attachment to Email - Subject New Account |
| 1136 | | | | | 2021.09.01 Email from Omar Palacios to Leanne LeFebvre - Subject Re Prime care |
| 1137 | | | | | 2021.08.09 Email from Leanne LeFebvre to John Blanchard - Subject Re Meeting |
| 1138 | | | | | 2021.09.24 Email from Nikita Hermesman to Omar Palacios - Subject Re Innovative GX Broward |
| 1139 | | | | | 2021.09.01 Email from Leanne LeFebvre to Omar Palacios - Subject Broward Blvd Portal Login |
| 1140 | | | | | 2021.09.02 Email from IGX to IGX - Subject Re NEW ACCOUNT FORM |
| 1141 | | | | | *Intentionally Blank* |
| 1142 | | | | | Fraga Pediatric PrimeCare Family Centers New Account Form |
| 1143 | | | | | *Intentionally Blank* |
| 1144 | | | | | *Intentionally Blank* |
| 1145 | | | | | DOJ Double Helix Press Release |
| 1146 | | | | | Hermesman, Palacios Ralph SA, Text Thread |
| 1147 | | | | | Hermesman, Palacios, Ralph SA Laredo Indictment Text Thread |
| 1148 | | | | | *Intentionally Blank* |
| 1149 | | | | | Hermesman, Sanchez, Palacios Text Thread |
| 1150-52 | | | | | *Intentionally Blank* |

| | | | | |
|---|---|---|---|---|
| 1153 | | | | 2022.03.29 Email from IGX to IGX Team - Subject Re Puerto Rico Testing Site - Insurance |
| 1154 | | | | 2022.05.24 Email from Diego Sanchez to Nikita - Subject Spreadsheet shared with you |
| 1155 | | | | 2022.05.19 Email from Michael Siprut to IGX Team - Subject Re Ven Vamos Christian |
| 1156 | | | | 2022.05.04 Email from Christina Pruneda to Tammy Venus - Subject Re Aetna Call- Alvarez |
| 1157 | | | | 2022.03.11 Email from Diego Sanchez to Ven Vamos - Subject Re Puerto Rico Testing Site |
| 1158 | | | | 2022.03.17 Email from IGX to Alika Faulkner - Subject Re Samples Received Less Than |
| 1159 | | | | 2022.03.15 Email from IGX to Alika Faulkner -Subject Re Alegria ADC - Pending Rapid Result |
| 1160 | | | | 2022.03.12 Email from IGX to Alika Faulkner - Subject Re Alegria ADC - Pending Rapid PCR |
| 1161 | | | | *Intentionally Blank* |
| | | | | *Intentionally Blank* |
| 1163 | | | | 2021.02.02 Email from K.H. to IGX - Subject Re Fwd_K.H. |
| 1164 | | | | 2024.04.19 Email from K.D. to Jordan Flores - Subject Re FWD Covid Results |
| 1165 | | | | K.D. LIMS Final Report |
| 1166 | | | | 2022.02.24 Email from E.S. to IGX - Subject Re TR Test Results Notification |
| 1167 | | | | 2022.02.14 Email from Sally Camacho to LIMSABC Supp - Re Patients Not Receiving Results |
| 1168 | | | | 2022.02.17 Email from C.G. to IGX - Subject Re PCR results |
| 1169 | | | | 2022.02.06 Email from Luis Velazco to E.S. - Subject Re Test results request |
| 1170 | | | | 2022.01.12 Email from Alika Faulkner to E.R. - Subject Re No covid results |
| 1171 | | | | 2022.01.05 Email from L.W. to IGX - Subject Re My results |
| 1172 | | | | 2022.01.12 Email from Alika Faulkner to K.D.- Re Patient registration confirmation |
| 1173 | | | | 2022.01.06 Email from Carlos Rodriguez to K.B. - Subject Re My PCR test results |
| 1174 | | | | 2022.01.06 Email Attachment - Subject Re My PCR test results |

| 1175 | | | | | 2021.05.18 Email from L.R. to Seth Townson-Subject Re Thank you for Registering Your |
| 1176 | | | | | 2022.01.16 Email from Jorge Duque to V.S. - Subject Re Covid Test Results |
| 1177 | | | | | 2021.12.26 Email from Carlos Rodriguez to E.A. - Re 24hr Covid Test Not Received |
| 1178 | | | | | 2022.01.02 Email from Perez-Paris to Lay A - Subject Re Urgent PCR test |
| 1179 | | | | | 2021.01.06 Email from Perez-Paris to K.C. Subject Re URGENT – Re: Sample Status |
| 1180 | | | | | 2021.01.14 Email from Perez-Paris to N.V.-Subject Re Test Results. |
| 1181 | | | | | 2021.09.12 Email from Perez-Paris to Q.G. - Subject Re Negative and Positive |
| 1182 | | | | | 2022.01.22 Email from Perez-Paris to Omar Palacios - Subject Re Samples not on Lims |
| 1183 | | | | | 2022.03.15 Email from Keith Thornton to Brian Lowe - Subject Re LDT for Covid-19 |
| 1184 | | | | | 2021.11.08 Email from Perez-Paris to A.A.-Subject Re Possible Bill |
| 1185 | | | | | HCC Contract w Clio |
| 1186 | | | | | Hermesman and Palacios Text Thread |

Dated: February 19, 2025       Respectfully submitted,

HAYDEN O'BYRNE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN S. LEON, CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:   */s/ Reginald Cuyler Jr.*
James V. Hayes
Florida Special Bar No. A5501717
Assistant Chief
Reginald Cuyler Jr.
Florida Bar No. 0114062
Matthew R. Belz
Florida Special Bar No. A5503303
Trial Attorneys
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue NW

21

Washington, D.C. 20005
Tel: (202) 774-4276 (Hayes)
Tel: (202) 748-3024 (Cuyler)
Tel: (202) 579-4526 (Belz)
james.hayes@usdoj.gov
reginald.cuyler.jr@usdoj.gov
matthew.belz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2025, I filed the forgoing document with the Clerk of the Court via ECF.

*/s/ Reginald Cuyler Jr.*